**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Randall Lee THOMPSON,
Defendant–Appellant.**

No. 08–40534
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 30, 2009.

Richard Lee Moore, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Tyler, TX, for Plaintiff–Appellee.

Randall Lee Thompson, Federal Prison Camp, Pensacola, FL, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

Randall Lee Thompson appeals his guilty plea conviction and sentence for possession and distribution of pseudoephedrine. Thompson argues that the district court erred by denying him a downward departure under U.S. Sentencing Guidelines Manual (U.S.S.G.) § 5K2.12 or U.S.S.G. § 5K2.13 based on diminished capacity or mental duress.

Thompson does not argue and the record does not indicate that the district court believed that it was without authority to depart from the Guidelines. Because the district court did not misapprehend its authority, we lack jurisdiction to review the court's denial of a downward departure. *See United States v. Sam,* 467 F.3d 857, 861 (5th Cir.2006); *United States v. Buck,* 324 F.3d 786, 797–98 (5th Cir.2003).

DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.